**Order filed May 30, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00045-CV
_____

## MARK ANTHONY FORNESA, JUDY THANH FORNESA, RICARDO FORNESA JR., AND CYNTHIA FORNESA, Appellants

## V.

## FIFTH THIRD MORTGAGE CO. AND FIFTH THIRD BANK, Appellees

On Appeal from the County Court at Law No. 1
Fort Bend County, Texas
Trial Court Cause No. 17-CCV-060874

# O R D E R

The clerk's record was filed February 21, 2018. Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain: (1) the writ of possession issued by the Fort Bend County Clerk on February 23, 2018 and (2) the constable's return of the writ of possession on March 5, 2018 and filed with the Fort Bend County Clerk on March 7, 2018.

The Fort Bend County Clerk is directed to prepare, certify, and file in this court a supplemental clerk's record on or before June 13, 2019, containing: (1) the writ of possession issued by the Fort Bend County Clerk on February 23, 2018 and (2) the constable's return of the writ of possession on March 5, 2018 and filed with the Fort Bend County Clerk on March 7, 2018. If the omitted items are not part of the case file, the county clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted items are not a part of the case file.


PER CURIAM